IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED COUNTRY REAL ESTATE, INC., | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 09-0666-MC-W-GAF |
| GRETA MANRIQUE and MARTIN MANRIQUE, SR., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Now before the Court is Plaintiff's Dismissal of All Claims (Doc. #2). Accordingly, it is

ORDERED that the above referenced case is dismissed without prejudice. Each party is to bear its own attorney's fees.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: September 28, 2009